# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.  Case Number: 4:24–cr–00371

Patrick Brown

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Christina A Bryan

**PLACE:**
Courtroom 701
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 6/13/2025

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Initial Appearance/Revocation

Date:   June 2, 2025

Nathan Ochsner, Clerk